303

PER CURIAM.

(No. 73-CC-166

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed May 8, 1973.*

LONDRIGAN & POTTER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-209

HELEN M. GREGORY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 8, 1973.*

HELEN M. GREGORY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.